JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY B., | ) NO. CV 21-264-KS |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |
| _____ | ) |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: July 18, 2022

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE